Jamaica Station
Jamaica, NY 11435-4380
718 558-8254 Tel
718 657-9047 Fax

(718) 558-7760

Phillip Eng
President

Paige Graves
Vice President, General Counsel & Secretary

 **Long Island Rail Road**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/6/2021_

April 6, 2021

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    Speed, Thomas vs. Long Island Rail Road Company
          Case No.:    20-cv-01394 (MKV)

Dear Magistrate Lehrburger:

    As the docket will reflect, Defendant filed its motion for summary judgment herein on April 5, 2021. In view of same, the parties request that the Pre-Settlement Telephone Conference presently scheduled before Your Honor on April 8, 2021, at 2:30 pm be cancelled as moot.

    This application is made upon consent, as the parties do not believe settlement discussions will be fruitful as this juncture.

          Respectfully Submitted,

          Christopher J. Pogan

cc:    Fredric M. Gold, Esq.
        Attorney for Plaintiff
        450 Seventh Avenue
        New York, New York 10123

Both the pre-settlement and settlement conferences scheduled in this matter are adjourned sine die.

SO ORDERED:

4/6/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*The agencies of the MTA*
MTA New York City Transit
MTA Long Island Rail Road
MTA Metro-North Railroad
MTA Bridges and Tunnels
MTA Capital Construction
MTA Bus Company