```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS SPEED,                                         :
                                                      :    20-CV-1394 (RWL)
                        Plaintiff,                    :
                                                      :
            - against -                               :    **ORDER**
                                                      :
LONG ISLAND RAILROAD COMPANY,                         :
                                                      :
                        Defendant.                    :
                                                      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court recently denied defendant's summary judgment motion. Accordingly, by December 22, 2021, the parties shall jointly file a letter (1) proposing a schedule for filing of the pretrial order and other materials for trial required by this Court's individual rules of practice, and (2) indicating dates in the second quarter of 2022 when the parties are not available for trial.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2021
       New York, New York

Copies transmitted this date to all counsel of record.