```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS SPEED,                                    :
                                                 :    20-CV-1394 (RWL)
                         Plaintiff,              :
                                                 :
         - against -                             :    ORDER
                                                 :
LONG ISLAND RAILROAD COMPANY,                    :
                                                 :
                         Defendant.              :
                                                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order addresses trial scheduling. The Court will request a trial start date of May 16, 2022. This date is subject to scheduling by the SDNY jury trial coordinator. The parties must be ready to start trial on May 16, 2022 or any date thereafter as assigned by the jury trial coordinator. The Court will notify the parties promptly after being notified of the assigned trial date.

The parties are directed to file a Joint-Pretrial Order and trial materials by March 31, 2022.

The Court will schedule a settlement conference with the parties.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2021
       New York, New York

Copies transmitted this date to all counsel of record.